### 28371. BROWN *v.* THE STATE.

GARDNER, J. The evidence supported the verdict. Under the rulings in *Sable* v. *State*, 48 *Ga. App.* 174, 176 (4) (172 S. E. 236), the objections to the evidence were properly overruled. The court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 9, 1940.

*C. G. Battle,* for plaintiff in error.

*Bond Almand,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.